# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0324
Lower Tribunal No. 2022-DR-002699

_____

ESTEFANIA LOPEZ ALLEN,

Appellant,

v.

JOANNE ALLEN,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Laura Shaffer, Judge.

June 20, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Estefania Lopez Allen, Kissimmee, pro se.

No Appearance for Appellee.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Department of Revenue.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED